UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
NOV -5 2010
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

LISA BARHAM,

                Plaintiff,

v.                                            ACTION NO. 4:10cv42

AMERICAN MEDICAL LINK, INC.,

                Defendant.

## ORDER

This matter comes before the court on the Motion to Enforce Settlement Agreement and Other Relief, filed by the plaintiff on August 23, 2010. The matter was referred to a United States Magistrate Judge by order of September 9, 2010, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and (C) and Federal Rules of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion. The motion for attorney's fees filed by the plaintiff on September 15, 2010, was also referred to the United States Magistrate Judge.

The United States Magistrate Judge's Report and Recommendation was filed on October 19, 2010. The magistrate judge recommended that the plaintiff's Motion to Enforce the Settlement Agreement be granted and an Order be entered awarding plaintiff the settlement amount of

Sixty Thousand Dollars ($60,000.00). The magistrate judge also recommended the plaintiff's request for attorneys' fees incurred in pursuing the enforcement of the agreed upon settlement be denied.

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed October 19, 2010. Accordingly, the plaintiff's motion to enforce the settlement agreement is **GRANTED**. The plaintiff is hereby **AWARDED** the settlement sum of Sixty Thousand Dollars ($60,000.00), and the Clerk shall enter judgment in this amount against defendant. The plaintiff's motion for attorneys' fees is hereby **DENIED**.

The Clerk shall forward a copy of this Order to all parties of record.

It is so **ORDERED**.

/s/
Rebecca Beach Smith
United States District Judge

REBECCA BEACH SMITH
UNITED STATES DISTRICT JUDGE

Norfolk, Virginia
November 5, 2010

2